# CHRIS DANIEL

01-15-00184-CR

HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 3:12:41 PM
CHRISTOPHER A. PRINE
Clerk

February 25, 2015

JOSHUA HILL
ATTORNEY OF RECORD
4615 SW FRWY., SUITE 600
HOUSTON, TEXAS  77027

Defendant's Name: JOVANTE CHARLES BANKS

Cause No: 1370633

Court: 180TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 02/13/2015
**Sentence Imposed Date:** 02/13/2015
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:** JOSHUA HILL
Pauper's Oath On Appeal Filed: 02/13/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

K. POWERS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1370633

22/999
998

P3

# THE STATE OF TEXAS

v.

Jovante Banks , A/K/A/ _____

180th District Court / County Criminal Court at Law No. _____

Harris County, Texas

FILED
Chris Daniel
District Clerk

FEB 13 2015

Harris County, Texas
By _____
Deputy

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Time: _____

On __2-13-15__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

Date _____

Defendant (Printed name) __Jovante Banks__

Attorney (Signature) _____

Attorney (Printed name) __Murray Newman__

State Bar Number __24004158__

Address __405 Main, Ste. 950, Houston TX 77002__

Telephone Number __713-864-2080__

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☒ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X __Jovante Banks__

Defendant (Signature)

__Jovante Banks__

Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON __2-13-15__

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____2-13-15_____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☐ SET at $ _____

    ☐ TO CONTINUE as presently set.

    ☐ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: _____2-13-15_____

JUDGE PRESIDING,
**180** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. _____,
HARRIS COUNTY, TEXAS

Cause No. 1370633

## THE STATE OF TEXAS
### v.

JOVANTE BANKS , A/K/A/ _____

_____180_____ District Court / County Criminal Court at Law No. _____

### Harris County, Texas

---

### OATH OF APPOINTED ATTORNEY ON APPEAL

I, _____Joshua Hill_____, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the Court immediately so that the Court may take the appropriate action as deemed necessary.

_____
Attorney-at-Law (Signature)

24049201 / 02182420
BAR Number / SPN

4615 SW Fwy, Ste. 600
Address

Houston, TX 77027
City / State / Zip

713.623.8312
Phone

713.626.0182
FAX

SWORN TO AND SUBSCRIBED BEFORE ME ON ___2/17/2015___

By Deputy District Clerk of Harris County, Texas _____

 

Cause No. 1370633

THE STATE OF TEXAS

v.

JOVANTE CHARLES, Defendant

BANKS

IN THE 180 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____          2-13-15
Judge                                     Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

JOVANTE BANKS
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk

FEB 19 2015

Time: _____

By _____
Harris County, Texas

Deputy

Murray Newman
Defendant's Counsel

State Bar of Texas ID number: 24004158

Mailing Address: 405 Main, Ste. 950, Houst

Telephone number: 713-864-2080 TR27

Fax number (if any): 281-786-2079

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1370633

THE STATE OF TEXAS

VS.

Jovante Banks

OFFENSE: Agg Sex Assault Child

180th DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Jovante Banks, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

[X] Appoint appellate counsel to represent him.

[X] Asks the court to order that a free record be provided to him.

Time:

FILED

FEB 13 2015

By _____ Deputy

X Jovante Banks
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 13 day of FEB A.D., 20 15.

_____
DEPUTY DISTRICT CLERK
180 DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On Feb 17, 2015 the court conducted a hearing and found that the defendant is indigent.

[X] The court orders that Joshua Hill is appointed to represent defendant/appellant on appeal.

[X] The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: K. Powers, by certified mail return receipt requested.

_____
JUDGE PRESIDING
180 DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Joshua Hill, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

4615 SW Fwy, Ste. 600
ADDRESS

713-623-8312
PHONE

Josh@notguiltytx.com
EMAIL ADDRESS

24049201 / 02182420
BAR/SPN NUMBER

Houston, TX 77027
CITY          STATE    ZIP

713-626-0182
FAX NUMBER

SWORN TO AND SUBSCRIBED BEFORE ME ON 2/17/2015

_____
DEPUTY DISTRICT CLERK (SIGNATURE)

# APPEAL CARD

Due: 4-14-15    1st

Court **180**

Cause No. **1370633**

## The State of Texas
### Vs

**JOVANTE BANKS**

Date Notice Of Appeal: 2-13-15
2-13-15

Presentation:    Vol._____ Pg._____

Judgment:    Vol._____ Pg._____

Judge Presiding **CATHERINE EVANS**
Court Reporter **K. POWERS**
Court Reporter _____
Court Reporter _____

Attorney on Trial **MAT H MURRAY NEWMAN**

Attorney on Appeal **Joshua Hill** ~~TO BE DETERMINED~~

Appointed **✓**    Hired _____

MAT
Offense **sexual assault / child**

Jury Trial:    Yes _____    No **✓**

Punishment Assessed **14 years-TDCJ-ID**

Companion Cases (If Known) **N/A**

Amount of Appeal Bond **0**

Appellant Confined:    Yes **✓**    No _____

Date Submitted To Appeal Section **2-19-15  2.20-15**

Deputy Clerk **J hut**

**996**